[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Bryce Alan Thomasson
(231000)

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Ogle County Jail,
Brian E. VanVickle,
Jason Lynn, Juan Carreno,
Molly Engelkes, William White
Ryan Winterton
Ann Arneson

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**RECEIVED**

OCT 11 2022

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

Case No: 22-50353
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

  A. Name: Bryce Alan Thomasson

  B. List all aliases: _____

  C. Prisoner identification number: 231000

  D. Place of present confinement: Ogle County Jail

  E. Address: 601 W. Washington St P.O.B 217 Oregon IL, 61061

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
  (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Brian E. VanVickle
     Title: Sheriff
     Place of Employment: Ogle County Sheriff's Department

  B. Defendant: Jason Lynn (334)
     Title: Lieutenant / Jail administrator
     Place of Employment: Ogle County Sheriff's Department

  C. Defendant: Jean Carreno (330)
     Title: Sergeant
     Place of Employment: Ogle County Sheriff's Department

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II. Defendants:

D. Defendant: Molly Engelkes
   Title: Nurse practioner (APN)
   Place of Employment: Ogle County Jail

E. Defendant: William White (359)
   Title: Sergeant
   Place of Employment: Ogle County Sheriffs Department

F. Defendant: Ryan Winterton (434)
   Title: Deputy
   Place of Employment: Ogle County Sheriffs Department

G. Defendant: Ann Arneson (895)
   Title: Sergeant
   Place of Employment: Ogle County Sheriffs Dept.

Each defendant is sued individually and in their official capacity. At all times mentioned herein each defendant acted under the color of State law.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.  Name of case and docket number: 42 U.S.C. 1983  22-CV-50047

    B.  Approximate date of filing lawsuit: 2/16/22

    C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Bryce Alan Thomasson (231000)

    D.  List all defendants: Jean Carreno, John Doe

    E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of IL (Western Division)

    F.  Name of judge to whom case was assigned: Hon. Lain D. Johnston & Hon. Margaret J. Schneider

    G.  Basic claim made: Excessive force

    H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

    I.  Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: Small Claims 2022-SC-276

    B. Approximate date of filing lawsuit: Aug 31 2022

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Bryce Alan Thomasson (231000)

    D. List all defendants: Ogle County Jail, Brian E. VanVickle, Jason Lynn

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Ogle County

    F. Name of judge to whom case was assigned: Hon. Anthony Peska

    G. Basic claim made: Catching Covid-19 due to officers/jail not following CDC protocol

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

    I. Approximate date of disposition: 11/2/22 @ 1:30pm

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Small Claims 2022-SC-277_

B. Approximate date of filing lawsuit: _AUG 31 2022_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Bryce Alan Thomasson (231000)_

D. List all defendants: _Ogle County Jail, Brian E. VanVickle, Jason Lynn, Ann Arneson, William White, Juan Carreno_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Ogle County_

F. Name of judge to whom case was assigned: _Hon. Anthony Peska_

G. Basic claim made: _Not following Administrative Code County Jail Standards_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

I. Approximate date of disposition: _11/2/22 @ 1:30pm_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: Small Claims 22-SC-299

   B. Approximate date of filing lawsuit: Sept. 26th, 2022

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Bryce Alan Thomasson (231000)

   D. List all defendants: Molly Engelkes, Brian VanVickle, Jason Lynn

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Ogle County

   F. Name of judge to whom case was assigned: Hon. Judge Anthony Pesta

   G. Basic claim made: medical negligence to dental treatment

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

   I. Approximate date of disposition: 11/23/22 @ 1:30pm

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. I have been a pretrial detainee at the Ogle County Jail since Nov. 4th 2020; and have been a victim of deliberate indifference to my mental health and medical care. I have suffered extreme mental and emotional distress due to the following claims.

2. Molly Engelkes whom is the jails nurse practioner contracted through (a place she refuses to disclose) has unnecessarily delayed my mental health treatment by not providing a psychologist or seeking out medical records to prove my multiple severe psychological illnesses.

3. It is upon my belief and understanding that Sheriff Brian E. VanVickle and jail administrator L.T. Jason Lynn have a policy against providing psychological mental health.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 3:22-cv-50353 Document #: 8 Filed: 10/13/22 Page 9 of 17 PageID #:57

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. On 3/25/22 I went into a mental psychosis and aggressively slammed into my cell door and allegedly injuring Sergeant Juan Carreno.

5. On 5/9/22 I again went into a mental psychosis which resulted in allegedly injuring 2 jail officers.

6. As a result of these mental health psychosis outbursts, I have had 3 new charges against correctional officers and as a result been in Segregation since 3/25/22.

7. Molly Engelkes, Brian E. VanVickle, and L.T. Jason Lynn have purposely caused me mental and emotional distress due to not providing adequate mental health because of their own jail policies, and keeping me locked down in administrative Segregation for 23 hours a day.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 3:22-cv-50353 Document #: 8 Filed: 10/13/22 Page 10 of 17 PageID #:58

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

8. Molly Engelkes has numerous times during medical visits stated she is adequately treating my mental health diagnosis that she thinks I have with paxil. This medication was changed to Zoloft due to paxil not working.

9. Molly Engelkes has stated she will not perscribe any anti-psychotic medication due to her not allowing it in jail. A current detainee and numerous other detainees have been perscribed anti-psychotic medication.

10. Molly Engelkes has numerous times stated I do not have bi-polar disorder or any other mood disorder due to her not wanting to treat me for it and there not being proof because she refuses to get prior records or seek out a psychologist.

11. On 9/15/22 Hon. Judge John Roe of the 15th judicial Circuit Court signed and sent an order to the jail to provide a psychologist. This was not provided until 9/30/22 by

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

12. From Nov. 4th, 2020 until October 1st, 2022 I had severe mania episodes and severe depressive episodes which Molly Engelkes is being negligent towards due to her saying medication will not treat my diagnosis. This has caused me intentional severe mental and emotional injury and has resulted in criminal cases.

13. On 10/1/22 after my psychological assessment which concluded I have bi-polar disorder, ODD, and PTSD I was perscribed Lamotrigine which is a bi-polar medication.

14. On 9/12/22 Sgt. William White denied me to speak to Sinnissippi Centers Crisis line after a weekend of severe depressive episodes because it was against jail policy to call outside of crisis situations.

15. Sgt. Ann Arneson has made comments FxxK me seeing a psychologist that the jail was not obligated to do so without a Court order.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

16. I am currently being punished with administrative segregation due to having law claims against officers and my mental psychosis incidents. This is according to Sgt. William White.

17. Sgt. William White has stated he doesn't care about my grievances due to me suing already.

18. Molly Engelkes has purposely been negligent to my possible sleep apnea diagnosis because she states its not important at the moment and I can get tested when I get released.

19. On 3/25/22 both Ryan Winterton and Sgt. Juan Carreno purposely delayed bringing my inhaler. This was later determined to allegedly being technical issues to cover up their misconduct.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

20. L.T. Jason Lynn I believe is purposely delaying filing a suit by not timely filing out financial application. He has had it since 9/23/22 and didnt return until 10/5/22.

21. Since filing other lawsuits against jail I have been retaliated against by numerous jail officers and sergeants.

22. I only recieve 15 minutes of counseling through Sinnissippi Centers weekly and jail thinks that is reasonable. This is not however due to me having multiple mental diagnosis.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. An Emergency injunction on jail to provide reasonable mental health treatment within 30 days of filing, or honorable judges discretion.

2. An emergency injunction on jail to provide sleep apnea test within 30 days of filing or honorable judges discretion.

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  6th  day of  Oct. , 20 22

Bryce Alan Thomasson
(Signature of plaintiff or plaintiffs)

Bryce Alan Thomasson
(Print name)

231000
(I.D. Number)

Ogle County Jail
P.O. Box 217
Oregon IL, 61061
(Address)

6  Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 3:22-cv-50353 Document #: 8 Filed: 10/13/22 Page 15 of 17 PageID #:63

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# V. Relief Cont.

3. A permanent injunction against L.T. Jason Lynn and Sheriff Brian E. VanVickle to change policies against not providing psychiatric care without Court order.

4. A permanent injunction against L.T. Jason Lynn and Sheriff Brian E. VanVickle to allow asthmatic detainees to have personal possession of inhalers.

5. A permanent injunction against L.T. Jason Lynn and Sheriff Brian E. VanVickle to change policy on medical detainees and administrative segregation detainees only getting 1 hour out of cell.

6. A permanent injunction against L.T. Jason Lynn and Sheriff Brian E. VanVickle to provide more treatment for severely mentally ill detainees with psychiatric diagnosis.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. Relief cont.

7. Plaintiff requests compensatory and punitive damages in the amount to be determined by jury or judge.

8. Plaintiff's Costs in this suit

9. A federal court-appointed investigator to evaluate jails policies and running of the facility.

10. Any additional relief this honorable Court deems just, proper, and equitable.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



Bryce Alan Thomasson 231000
OGLE COUNTY JAIL
P.O. BOX 217
OREGON IL, 61061

CLERK OF COURT FOR THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IL
327 S. Church St
Rockford IL, 61101

LEGAL MAIL